# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| ELODIA ANTILLON, § | |
|                   Plaintiff, § | |
|     *for A.N.T., a Minor Child,* § | |
| § | |
| v. § | No.  3:20-cv-00044-RFC |
| § | |
| ANDREW SAUL, § | |
| Commissioner of the § | |
| Social Security Administration, § | |
|                   Defendant. § | |

## ORDER

On this day the Court considered "Defendant's Unopposed Motion to Reverse with Remand and Enter Judgment" under the Social Security Act, 42 U.S.C. § 405(g), filed by the Commissioner of Social Security, Defendant herein. (ECF No. 23.) After careful consideration, the Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that this cause be **REVERSED** and **REMANDED** for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge will do the following: enter into the record and consider the evidence submitted to the Appeals Council, including the evidence documenting the claimant's August 2019 suicide attempt and inpatient hospitalization; consider the claimant's December 2016 overdose and inpatient hospitalization; reassess the claimant's limitation in the domain of caring for herself in light of the updated record and reconsidered evidence; offer the claimant the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

**SIGNED** this 31st day of July, 2020.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE